mr

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

_TiJuan. Townsend_

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**RECEIVED**

FEB 12 2016 ᶜᵃ⁴
2·12·16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

16-cv-2279
Judge Milton I. Shadur
Magistrate Judge Jeffrey T. Gilbert

vs.

Case No: PC2
(To be supplied by the Clerk of this Court)

_Chicago Police officer #15112_
_Nicholas Cortesi_
_( Mayor)_
_Rahmeal Emanueal_
_(Cheif of police)_
_Gary Marcarthy_

_City of Chicago_

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____        **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____        **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

I. **Plaintiff(s):**

A. Name: _TiJuan Townsend_

B. List all aliases: _Fred Townsend_

C. Prisoner identification number: _# 20140418312_

D. Place of present confinement: _Cook County Jail_

E. Address: _po Box 089002, Chicago IL, 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: _Nicholas Cortesi_

   Title: _Chicago police officer_

   Place of Employment: _Chicago police station_

B. Defendant: _Rahmeal Emanueal_

   Title: _The Mayor_

   Place of Employment: _Chicago_

C. Defendant: _Gary Marcarthy_

   Title: _Cheif of police_

   Place of Employment: _Chicago police station_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: _____ *None* _____

B.   Approximate date of filing lawsuit: _____ *N/A* _____

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _ *N/A* _

_____ *N/A* _____

D.   List all defendants: _____ *N/A* _____

_____ *N/A* _____

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ *None* _____

F.   Name of judge to whom case was assigned: _____ *N/A* _____

G.   Basic claim made: _____ *N/A* _____

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ *N/A* _____

I.   Approximate date of disposition: _____ *N/A* _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On April 17, 2014 I was Arrested by Chicago police officers "Cortesi" #15112, McCawl #3636, Cobb #13966, Connoeey #13184, Ramalla #1775, Guerin #4634 musgraves #15154, These members Arrested me for a delivery of a Controlled subtance. While inside the police station at homen and filmore, office Cortesi enter the interview that I was place in, and told me to place my hands on the the wall. I Complied and ask him what was I being Arrested for? he told me to "shut up." I state to him that he should "shut up." he then took his fist hitting me in the face and mouth, I was taken to Saint Anthony hospital, where, I was treated for A laceration to my lip, and a bruise mouth. there were picture tooken at the hospital, and the public defender offices. the Charge's Against me are false, and this matter is being investigated by The

4

Independent, Police, Review Authority
The City of Chicago has employed Mayor
Rahmeal Emanueal, Mayor Emanueal employed
Cheif of police Gary Marcarthy, and marcarthy
employed Chicago police officer Nicholas Cortesi
that is how each defendant is involved.

Officer Cortesi used escessive force in the
Cource of his duty, this is A Escessive force
Claim.

Revised 9/2007

7-28-14

1 of 2

To whom this May Concern:

This is a hand written Complaint against several members of the Chicago police department. From the Homen and filmore station. here is (ACE) the names of the officers that I would like to be Investigatit."

1. CoBB-13966          5. Ramaglla-1775

MecAnn-3636          6. Guerin-4634

Connoeey-13184          7. Cortesi-15112

Musgraves-15154

On April. 17. 2014. I was Arrested by these members of the police department for A Delivery of Controlled, subtance. I was place inside a interview room at homen and filmore, when officer Cortesi came in the room, and told me to stand up" and place my hands on the wall. "I complied" at the same time asking him what was I being arrested for? he then told me to (quote) "shut the fuck up." I stated to him that I was grown," and that he should shut the fuck up." He then took his fist hitting me in the face and mouth, Knocking me to the floor. I was taken to saintanthony hospital, where thay treated me for a laceration and bruise mouth. there were pictures tooken at the hospital, and the public defender offices. After I return from the Hospital back to Homen and filmore police station. I was told that I would be

2 of 2

let go" only if I could either give them
A Gun, or give them some Information on
someone that posess them", other then that
I would be charge with, a delivery and
a aggravated battery to a police officer,
officer Cortesi used escessive force on
me." And these charges against me (Are) is false.
I would like for this matter to be
investigated by Internal Affairs Divison and
the Independent police Review Authority.

7/2?/2014

FRED Townsend

"OFFICIAL SEAL"
L. S. Pickens
Notary Public, State of Illinois
My Commission Expires April 12, 2016

7-28-14

**V.     Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want Justice For what was done to me, and to be Compensate for the pain and suffering that I have been through. For the City of Chicago to pay my Medical bills, and reward me with three hundred thousand dollars

**VI.** The plaintiff demands that the case be tried by a jury.  ☑ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___3rd___ day of __Feb.__ , 20 _16_

_____
(Signature of plaintiff or plaintiffs)

TiJuan Townsend
_____
(Print name)

# 20140418312
_____
(I.D. Number)

p.o.Box 089002

CHICAGo Illinois 60608
_____
(Address)

Revised 9/2007

**INDEPENDENT POLICE REVIEW AUTHORITY**



1615 West Chicago Ave,
4th Floor Chicago,Il,60622
(312) 746-3609
Scott M. Ando, Chief Administrator

Reference: Log No. 1070793

FRED TOWNSEND

OCT 19 2015

Dear Fred Townsend,

The Independent Police Review Authority (IPRA) has completed the investigation into your complaint and forwarded its recommendation to the Chicago Police Department. The completed IPRA investigation and recommended findings will be subject to a Police Department review and potentially other review processes before the recommended finding becomes final. These review processes may take several months to complete.

You will be informed by letter of the final disposition of your case after the review processes have been finalized. In the meantime, IPRA wanted to thank you for bringing the matter to our attention and for your cooperation.

Very truly yours,

Scott M. Ando
Chief Administrator
Independent Police Review Authority

SAINT ANTHONY
HOSPITAL
QUALITY • COMMUNITY • CARE

**FACESHEET**

| MEDICAL RECORD # | VISIT # | ADMISSION DATE / TIME | LOCATION |
|---|---|---|---|
| 2796347 | 200509539 | 04/17/2014 09:59 | UNKNOWN_LOCATION-UNKNOWN_ROOM-UNKNOWN BED |

| PATIENT TYPE | | SERVICE | | ADMITTED BY: |
|---|---|---|---|---|
| EMERGENCY | | EMERGENCY | | mhernan1 |

| | NAME AND ADDRESS | PREFERRED LANGUAGE FOR DISCUSSING HEALTH CARE | TELEPHONE | BIRTHDATE | AGE | SEX | MARITAL STATUS |
|---|---|---|---|---|---|---|---|
| **PATIENT** | TOWNSEND, TIJUAN 1225 S AUSTIN BOULEVARD | English | (773) 678-8972 | 09/14/1978 | 35Y | Male | Single |
| | CHICAGO, IL 60804 | | **EMPLOYER NAME** | | | **EMPLOYER PHONE** | |
| | | CPD CUSTODY CPD CUSTODY | | | | (111) 111-1111 | |
| | **Ethnicity** NON HISPANIC OR LATINO ETHNICITY | CHICAGO, IL 60623 | | | | | |

| | EMERGENCY CONTACT NAME AND ADDRESS RELATION | | NEXT OF KIN NAME AND ADDRESS RELATION | |
|---|---|---|---|---|
| **NOK** | , | | TOWNSEND, MERYLIN | |
| | , | | , (708)(708)863-3840 OTHER RELATIONSHIP | |

| | GUARANTOR | | | GUARANTOR EMPLOYER |
|---|---|---|---|---|
| **GUAR** | TOWNSEND, TIJUAN 1225 S AUSTIN BOULEVARD CHICAGO, IL 60804 | | **TELEPHONE** (773) 678-8972 | CPD CUSTODY CPD CUSTODY CHICAGO, IL 60623 |

| | PRIMARY INSURANCE | | SECONDARY INSURANCE | |
|---|---|---|---|---|
| **INSURANCE** | TOWNSEND, TIJUAN SELF PAY 1111 NA NA, IL (0)0-0 | | , , | |

| | ADMITTING PHYSICIAN | REFERRING PHYSICIAN |
|---|---|---|
| **DR.** | GRIMES, EPHRIAM 120535 | GRIMES, EPHRIAM 120535 |
| | ATTENDING PHYSICIAN | ER PHYSICIAN |
| | GRIMES, EPHRIAM 120535 | , |

| | COMPLAINT | TREATMENT AUTHORIZATION |
|---|---|---|
| **V.** | cpd custody battery pcp unknown | |

Facesheet 1



**Saint Anthony Hospital**
2875 W. 19th Street
Chicago, IL 60623
773-484-1000



TOWNSEND, TIJUAN
**MR#:** 2796347
**Visit ID:** 200509539
**Admit Date:** 04/17/2014 09:59
**Birth Date:** 09/14/1978

## 1. CONSENT FOR DIAGNOSIS AND TREATMENT

I, for myself (or the patient named above), voluntarily authorize and consent to such diagnostic procedures, tests and treatments at Saint Anthony Hospital ("SAH"), which may be deemed necessary and advisable by my physician, his/her designee or any assistants or consultants for the diagnosis or treatment of my illness.

## 2. RESPONSIBILITY FOR PAYMENT

In consideration of services to be rendered at SAH, the undersigned agrees, as patient or guarantor for patient, to pay SAH for all services, facilities and supplies provided to me or the patient at the established rates, including any deductible, co-payment or charges not covered by third party payors. I accept responsibility for any costs, including attorney's fees, incurred in the collection of these charges. I understand that if I do not consent to the release of information, or later revoke such consent, I am fully responsible for payment of all charges for diagnosis and treatment received. I certify that the information given by me for purposes of payment for this hospital treatment is, to the best of my knowledge, complete and accurate.

## 3. ASSIGNMENT OF INSURANCE BENEFITS/FINANCIAL OBLIGATION

Medical care has been or will be provided to me or my dependent by SAH and my physician(s). IN CONSIDERATION OF THE SERVICES RENDERED AT SAH, I: 1) ASSIGN, TRANSFER AND SET OVER TO SAH ALL OF MY RIGHTS, TITLE AND INTEREST TO MEDICAL REIMBURSEMENT UNDER ANY INSURANCE POLICY, INCLUDING BUT NOT LIMITED TO, MEDICARE, MEDICAID, MANAGED CARE OR GROUP ACCIDENT OR HEALTH INSURANCE FOR WHICH BENEFITS MAY BE AVAILABLE FOR PAYMENT OF THE SERVICES RENDERED; and 2) I understand that I am responsible to conform to any requirements of my insurance company or managed health care plan for referral from my primary care physician, authorization, notification, and pre-certification, and 3) that if the medical insurance coverage is not sufficient to satisfy SAH charges in full or if I do not fulfill the requirements of my insurer, I acknowledge that I am fully responsible for the payment of any balance (excluding those charges not collectable pursuant to Medicare regulation) or any reductions in payment made by my insurance because of a failure to meet the requirements of my insurer. If I have any questions about my health insurance coverage or benefits I will contact the insurance company or health insurance plan.

## 4. AUTHORIZATION FOR RELEASE OF INFORMATION

A. GENERAL RELEASE: I authorize SAH to release and/or provide copies of any and all pertinent information contained in my medical record, including my social security number, billing information, history, all diagnoses, and notes to: 1) My physician(s); 2) My insurance company or utilization review company or any other third party payor, its agents or contractors who are responsible for payment of my bill; 3) Any organization or government agency authorized to license or accredit SAH or to review quality, utilization, or cost of care rendered; 4) Any person or organization involved in discharge planning; 5) Referring and follow-up health care providers after an emergency room or inpatient or outpatient visit; 6) My employer's Workman's Compensation insurer or any agents or contractors for my employer if I have been injured at work or in an accident related to my work.

B. ACCESS TO PRIOR RECORDS. I understand my treating physicians, nurse and other health care providers have access to any of my prior medical records in the custody of SAH as needed to render appropriate care during my stay/visit.

C. SPECIFIC RELEASE FOR MENTAL HEALTH, DRUG OR ALCOHOL ABUSE OR HIV INFORMATION.

1). I specifically authorize SAH where I may be treated for one or more of the following conditions: **mental health, drug or alcohol abuse, or HIV and related diseases** to release any and all information contained in my past or current medical records to the persons and organizations and for the purposes stated in 4A and B. I agree that the specific consent contained in this paragraph shall apply even if I am diagnosed with and/or treated for one of the above conditions after I have signed consent for the current visit/stay.

2) By initialing the condition(s) below, I am indicating that I do not consent to the release of such medical information, if any, to third party payors and understand that I am personally responsible for payment if I do not authorize consent.

Mental Health _____ Drug and Alcohol Abuse _____ HIV _____

3) Duration and Revocation of Consent for Release of Information. This consent to release information under this section C expires one year after the date of signature below. This consent may be revoked at any time by written notice to the Health Information Management Department (with no effect on prior disclosures). With respect to the release of information under sections A and B, this authorization is valid until such time as all available insurance benefits have been received and/or up to 90 days after the date of discharge. I understand that I have the right to revoke this authorization, in writing at any time (except to the extent action(s) have or has been taken in reliance upon it). However, in the event that my revocation prevents payment for the services received, then I will assume responsibility for payment. Questions about Coverage or Benefit Levels Should Be Directed to the Patient's Health Care Plan.



Patient Consent/Authorization/Assignment-English Form

SSSSS

D. <u>MEDICARE BENEFITS</u>. If I am requesting Medicare benefits, I certify to the truth of the information I have provided on the Medicare Secondary Payer ("MSP") form. I request that payment of the authorized benefits under Medicare Part A and Medicare Part B be made to SAH and my physician(s) on my behalf. (a) For Inpatients: If it becomes necessary, do we have your authorization to bill Medicare Life Time Reserve Days? Yes E No E. You have 90 days to withdraw your permission after discharge date. (b) My signature acknowledges my receipt of an Important Message from Medicare and does not waive any of my rights to request review.

E. <u>HEALTH CARE OPERATIONS</u>. I understand that SAH may use and disclose medical information about me for SAH operations in order to run SAH and make sure that all of its patients receive quality care. SAH may use medical information to review treatment and services and to evaluate the performance of its staff in caring for me. SAH may also combine medical information about many patients to decide what additional services SAH should offer and what services are not needed. SAH may also combine the medical information it has with medical information from other hospitals to compare how it is doing and see where it can make improvements in the care and services it offers. SAH may remove information that identifies me from this set of medical information so others may use it to study health care and health care delivery without learning who the specific patients are.

**5. INDEPENDENT PHYSICIAN SERVICES.** I understand that many of the physicians on the staff of this hospital are **not** employees or agents of the hospital but rather are independent providers who have been granted the privilege of using its facilities for the care and treatment of their patients. They include, but are not limited to, my physician, radiologists, anesthesiologists, pathologists, surgeons, obstetricians and other specialists. My decision to seek care is not based upon any understanding, representation or advertisement that the physicians who will be treating me are employees or agents of SAH. I understand that the physicians who will be providing such professional services will be doing so on my behalf and as such will be my employees or agents. SAH bills do not include physician services and I understand that I will receive a separate physician bill and that these physicians may not be participating providers in the same insurance plans and\or networks as SAH. I am also aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees have been made to me as the result of treatment or examination at SAH. I also authorize SAH to retain, preserve and use for scientific or teaching purposes, or dispose of, at their convenience, any specimens or tissues taken from my body during the course of services rendered.

**6. PERSONAL PROPERTY.** I assume full responsibility for my personal property and valuables that I may bring to SAH. I understand that upon request, my valuables can be kept in SAH's safe. Otherwise, SAH is not responsible for the loss of any of my personal property.

**7. NOTICE OF PRIVACY PRACTICES.** My signature acknowledges that I have been offered a copy of SAH's Notice of Privacy Practices at the time of Registration.

I HAVE READ AND UNDERSTAND THE ABOVE TERMS AND CONFIRM THAT I AM THE PATIENT OR AM AUTHORIZED TO SIGN ON THE PATIENT'S BEHALF.

| | |
|---|---|
| (Signature of Patient or Representative) | Relationship to patient (if applicable) |
| Maryah — Signature of Witness | 04-17-2014 — Date |
| Reason why Pt. did not sign | Date |

Patient Consent/Authorization/Assignment-English Form

SSSSS

Saint Anthony Hospital
EMERGENCY FLOW SHEET RECORD
Name: Townsend, Tijuan Age: 35Y MR: 2796347 Acct: 200509539

| VITAL SIGNS | JT |
|---|---|
| TIME | 4/17/2014 09:30 |
| BP | 161/115 |
| PULSE | 100 |
| RESP | 20 |
| TEMP | 98.8 |
| PAIN | 10 |
| O2 SAT | 95 on Room Air |

$$$$$



## SAINT ANTHONY HOSPITAL
## PRIMARY

**Townsend, Tijuan**
DOB: 9/14/1978 M35
Wt/Ht: 86.2 Kg
MedRec: 2796347
AcctNum: 200509539

———————— Patient Data ————————

**Complaint:** Cpd Custody Battery Pcp Unknown
**Triage Time:** Thu Apr 17, 2014 09:35
**Urgency:** 3–Urgent
**Bed:** ED HOLDING
**Initial Vital Signs:** 4/17/2014 09:30
  **BP:**161/115
  **P:**100
  **O2 sat:**95 on Room Air

**ED Attending:** Grimes, MD, Ephriam
**Primary RN:** Hernandez, RN, Juan

**R:**20
**T:**98.8
**Pain:**10

---

### DISPOSITION
*PATIENT:* Disposition Type: Discharged, Disposition: D/C WITH LAW ENFORCEMENT,
  Condition: Stable. (11:06 ETG)
  Patient left the department. (11:51 MGC)

### TRIAGE (10:09 JT)
*TRIAGE NOTES:* to cart 6 per by cfd #44 under cpd custody ( bt 6223E, str 4634) pt aox3
  states was beaten to face and kicked in groin, no loc, dry blood noted face, color good, skin warm
  dry to touch , denies swallowiing drugs but had snorted heroin and smoked cocaine this am.
  (10:09 JT)
*ADMISSION:* URGENCY: 3–Urgent, ADMISSION SOURCE: OTHER, TRANSPORT:
  CHICAGO FIRE DEPT., BED: ED 06. (Thu Apr 17, 2014 09:35 JT)
*VITAL SIGNS:* BP 161/115, Pulse 100, Resp 20, Temp 98.8, Pain 10, O2 Sat 95, on Room Air, Time
  4/17/2014 09:30. (Thu Apr 17, 2014 09:35 JT)
*COMPLAINT:* ( cpd custody) battery. (Thu Apr 17, 2014 09:35 JT)
*ASSESSMENT:* Triage assessment performed. (Thu Apr 17, 2014 09:35 JT)
*IMMUNIZATIONS:* Unknown when last tetanus shot recived. (Thu Apr 17, 2014 09:35 JT)
*TREATMENTS IN PROGRESS:* No treatment. (Thu Apr 17, 2014 09:35 JT)
*TREATMENTS IN TRIAGE:* Triage assessment performed, No treatment administered in
  triage. (Thu Apr 17, 2014 09:35 JT)
*ES LEVEL:* ES level 2. (Thu Apr 17, 2014 09:35 JT)
*PROVIDERS:* TRIAGE NURSE: Jeannine Tchernow, RN. (Thu Apr 17, 2014 09:35 JT)
*PATIENT:* NAME: Townsend, Tijuan, GENDER: male, LANGUAGE: ENGLISH, Mode of Arrival:
  Ambulance, Accompanied By: Chicago Police, Adult/Child Abuse: NA, KG WEIGHT: 86.2, Attending:
  none. (Thu Apr 17, 2014 09:35 JT)
  AGE: 35, DOB: Thu Sep 14, 1978. (10:01 MHI)

### DIAGNOSIS (11:06 ETG)
*FINAL:* PRIMARY: **Facial laceration**, ADDITIONAL: **intraoral laceration.**

### ALLERGY (09:35 JT)
*No Known Drug Allergies (NKDA)*

### KNOWN ALLERGIES
*No Known Drug Allergies (NKDA)*

### O2SAT INTERPRETATION (11:04 ETG)
*O2SAT:* O2 saturation reading 95%, O2 AMT: R.A., O2 Sat normal, None needed.

---

$$$$$



## SAINT ANTHONY HOSPITAL
## PRIMARY

**Townsend, Tijuan**
DOB: 9/14/1978 M35
Wt/Ht: 86.2 Kg
MedRec: 2796347
AcctNum: 200509539

**ATTENDING** (11:05 ETG)
*NOTES:* I have personally seen and examined this patient. I have fully participated in the care
of this patient. I have reviewed all pertinent clinical information, including history, physical exam and
plan.

**PRESCRIPTION**
No recorded prescriptions

**HPI BLANK** (11:01 ETG)
*CHIEF COMPLAINT:* **35 y/o male arrives in CPD custody stating that he was assaulted by
police officer. Patient states that he argued with the officer then the officer kicked him. Patient then
states that when he turned to defend himself, he got hit in the face. Patient complains of abrasions to
face and cut to inner lip. Patient denies LOC.** *HISTORIAN:* History obtained from patient.
*TIME COURSE:* **Patient currently has symptoms.** *SEVERITY:* Maximum severity is
mild, Currently symptoms are mild.

**NURSING PROCEDURE: DISCHARGE NOTE** (11:46 JBH)
*TIME:* discharged to. police custody, Patient, ambulates with assistance, Transported via
police, Accompanied by guard, Discharge instructions given to, patient, Simple/moderate discharge
teaching performed, Above Person(s) verbalized understanding of discharge instructions and
follow-up care, **Patient discharged at 1144.**

**NURSING PROCEDURE: WOUND CARE** (10:20 JH)
*TIME:* Patient's identity verified by, patient stating name, hospital ID bracelet, Procedure was
performed at 1015, Wound site: mouth, Cause of wound trauma, Wound irrigated with, 500ml, Wound
cleansed in, NS.
*SAFETY:* Side rails up, Cart in lowest position, Family at bedside.

**CURRENT MEDICATIONS** (09:36 JT)
*norvasc not taking x 3 mos*
*hiv meds not taking x 3 mos*

**ROS** (11:01 ETG)
*SKIN:* **Historian reports skin lesions.**
*NOTES:* All systems were reviewed and are negative except as described above.

**PAST MEDICAL HISTORY**
*MEDICAL HISTORY:* **History of human immunodeficiency virus, Patient is
noncompliant with treatment, History of hypertension, Patient is noncompliant with
treatment.** (Thu Apr 17, 2014 09:35 JT)
*SURGICAL HISTORY:* Patient has had no previous surgical history. (Thu Apr 17, 2014
09:35 JT)
*PSYCHIATRIC HISTORY:* No previous psychiatric history. (Thu Apr 17, 2014 09:35 JT)
*SOCIAL HISTORY:* Lives with others, **Patient smokes tobacco, consumes alcohol
socially. snorted heroin and smokes cocaine this am.** (Thu Apr 17, 2014 09:35 JT)



## SAINT ANTHONY HOSPITAL
## PRIMARY

**Townsend, Tijuan**
DOB: 9/14/1978 M35
Wt/Ht: 86.2 Kg
MedRec: 2796347
AcctNum: 200509539

*FAMILY HISTORY:* Family history is not contributory to this case. (Thu Apr 17, 2014 05:35 JT)

*NOTES:* Nursing records reviewed, Agree with nursing records. (10:53 ETG)

## PHYSICAL EXAM (11:03 ETG)

*CONSTITUTIONAL:* Patient is afebrile, Vital signs reviewed, Patient has normal pulse, normal blood pressure, normal respiratory rate. Well appearing, Patient appears comfortable, Alert and oriented X 3.

*HEAD:* Normocephalic, **abrasion .2cm laceration L upper lip.**

*EYES:* Eyes are normal to inspection, Pupils equal, round and reactive to light, No discharge from eyes, Extraocular muscles intact, Sclera are normal, Conjunctiva are normal.

*ENT:* Ears normal to inspection, Nose examination normal, Posterior pharynx normal, **.7cm laceration L. inner angle of the lip. Does not extend to the outside.**

*NECK:* Normal ROM, No jugular venous distention, meningeal signs. Cervical spine nontender.

*RESPIRATORY CHEST:* Chest is nontender, Breath sounds normal, No respiratory distress.

*CARDIOVASCULAR:* RRR, No murmurs, Normal S1 S2, No rub, gallop.

*ABDOMEN:* Abdomen is nontender, No masses, Bowel sounds normal, No distension, peritoneal signs.

*BACK:* There is no CVA Tenderness, There is no tenderness to palpation, Normal inspection.

*UPPER EXTREMITY:* Inspection normal, No cyanosis, clubbing, edema. Normal range of motion, pulses. .

*LOWER EXTREMITY:* Inspection normal, No cyanosis, clubbing, edema. Normal range of motion, No calf tenderness, Normal pulses.

*NEURO:* GCS is 15, No focal motor deficits, focal sensory deficits, cerebellar deficits. Speech normal, Gait normal, Memory normal.

*SKIN:* Skin is warm, Skin is dry, Skin is normal color.

*PSYCHIATRIC:* Oriented X 3, Normal affect, insight, concentration.

## DOCTOR NOTES (11:05 ETG)

*TEXT:* **35 y/o male battery with facial lacerations. Stable. None requiring sutures. D/C to police custody. tetanus UTD. Evidence officer presented to ED to take pictures of patient's wounds.**

*PATIENT STATUS:* Patient has stabilized since arrival to emergency department.

*PATIENT PLAN:* The patient will be discharged.

## EVENTS

*ATTENDING:* Grimes, MD, Ephriam saw patient at Thu Apr 17, 2014 09:53. (09:53 ETG)

*TRANSFER:* Triage to Emergency ED MAIN ROOM 06. (Thu Apr 17, 2014 09:35 JT)

Emergency ED MAIN ROOM 06 to HOLDING. (11:47 JIH)

Removed from Emergency HOLDING. (11:51 MGG)

## NURSING ASSESSMENT: FALL RISK (09:39 JIH)

*FALL RISK:* Total score is: pain, Risk for fall (score of 5 or greater).

## NURSING ASSESSMENT: FOCUSED (10:08 JIH)

$$$$



# SAINT ANTHONY HOSPITAL
# PRIMARY

**Townsend, Tijuan**
DOB: 9/14/1978 M35
Wt/Ht: 86.2 Kg
MedRec: 2796347
AcctNum: 200509539

---

*NURSING DIAGNOSIS:* **laceration to inside mouth.**

*CONSTITUTIONAL:* History obtained from patient, Patient is cooperative, alert and oriented x 3. Patient arrives to treatment area **via EMS.**

*NOTES:* **cpd custody patient c/o pain to inside of mouth. laceration noted. dry blood to face. deneis loc.**

*SAFETY:* Side rails up, Cart in lowest position.

### VITAL SIGNS (Thu Apr 17, 2014 09:35 JT)

*VITAL SIGNS:* BP: 161/115, Pulse: 100, Resp: 20, Temp: 98.8, Pain: 10, O2 sat: 95 on Room Air, Time: 4/17/2014 09:30.

### INSTRUCTION (11:10 ETG)

*DISCHARGE:* FACIAL LACERATION, LACERATION CARE, ADULT.

*FOLLOWUP:* Fantus Health Center, Clinics of Cook Co, Family Practice, 621 S. Winchester, Chicago IL , 312–864–8682, Call for appointment.

*SPECIAL:* Follow up with your private MD in the AM. Return to ED if worse.

### ADMIN

*DIGITAL SIGNATURE:* Grimes, MD, Ephriam. (15:14 ETG)
Tchernow, RN, Jeannine. (Sa: Apr 19, 2014 10:48 JT)

**Key:**
**ETG=Grimes, MD, Ephriam  JJH=Hernandez, RN, Juan  JT=Tchernow, RN, Jeannine  MGC=Cardenas, COOR., Maria  MHt=Hernandez, Mayra**

---

Prepared: Sat Apr 19, 2014 10:50 by Interface  Page: 4 of 4

§§§§§

2ER

# SAINT ANTHONY HOSPITAL

## St. Anthony Hospital
## E.D. Medical Record

| Acuity | 1 | 2 | 3 | E.R. Location |
|--------|---|---|---|---------------|

DATE: _____ TRIAGE TIME: _____ TIME TO ED: _____

| Police Beat: | STAR: | Ambulance | Family Notified ☐ Yes ☐ No | Police Notified ☐ Yes ☐ No |
|---|---|---|---|---|

Patient Name (First, Last, Mi.)

| Age | Sex ☐ M ☐ F |
|---|---|

200509539 2796347 09/14/1978
TOWNSEND TIJUAN
04/17/2014 09:59 UNKNOWN_ROOM Male 35Y
GRIMES EPHIRAM

| H.M.O. | ☐ Denied ☐ Approved | By: | Mode of Arrival ☐ Walked ☐ W/C ☐ Ambulance |
|---|---|---|---|

Patient's Physician: | T | P | R | BP | LMP

**COMMUNICATION BARRIERS**

| Hearing Impaired ☐ Yes | | WT. | G |
|---|---|---|---|
| Visually Impaired ☐ Yes | If the patient is injured, does the patient state that He/She is a victim of domestic violence? | | |
| If English is not the primary language, language spoken: _____ | | LOC. ☐ Yes ☐ No | P |
| | | ☐ Tetanus ☐ Pediatric Immunization | A |
| Interpreter called ☐ Yes ☐ No | ☐ Yes ☐ No | Triage Nurse Signature | |
| Other _____ Initials _____ | | | |

| Chief Complaint | | Time | Orders |
|---|---|---|---|
| | | · | ☐ CBC |
| | | | |
| | | | ☐ SMA-7B |
| PMHX: | | | ☐ SMA 20 |
| | | | ☐ PT/PTT / |
| Medications: | | | ☐ UA |
| | | | ☐ DIPSTICK |
| Allergies: | | | ☐ UCG |
| ☐ X-Ray _____ ☐ EKG _____ ☐ ER ☐ Radiologist | | | ☐ CULTURE/SENSITIVITY |

| | Time | | | Time | Initials | ☐ URINE |
|---|---|---|---|---|---|---|
| **TREATMENT/ORDERS** | | | | | | ☐ BLOOD |
| | | | | | | ☐ OTHER |
| | | | | | | ☐ AMYLASE |
| | | | | | | ☐ ETOH |
| | | | | | | ☐ UDS ☐ MB |
| | | | | | | ☐ CPK |
| | | | | | | ☐ ABG |
| | | | | | | ☐ SaO2 |
| | | | | | | ☐ EKG |
| | | | | | | ☐ |
| | | | | | | ☐ |
| | | | | | | ☐ |
| | | | | | | **RADIOLOGY ORDERS** |
| | | | | | | ☐ CHEST-PORT |
| | | | | | | ☐ CHEST-PA/LAT |
| | | | | | | ☐ C-SPINE LAT. |
| | | | | | | ☐ C-SPINE SERIES |
| | | | | | | ☐ ANKLE R L |
| | | | | | | ☐ FOOT R L |
| | | | | | | ☐ WRIST R L |
| Diagnosis | | | | | | ☐ HAND R L |
| | | | | | | ☐ FINGER |
| E.D. Physician-Print/Signature | | | | | | ☐ PELVIS |

| Notified Patient's Physician ☐ Yes ☐ No ☐ No Answer | Physician Notified |
|---|---|

| Disposition: ☐ Admit ☐ ICU/CCU ☐ Telemetry | ☐ Med/Surg. ☐ OB/GYN ☐ Peds. | ☐ HIP R L |
|---|---|---|
| ☐ Psych. ☐ LWOT ☐ AMA | ☐ Home _____ | ☐ CT |
| ☐ Observation Room # _____ | ☐ Transfer _____ | ☐ |

_____rred To: _____ Date to be seen: _____

Condition on Discharge: ☐ Good ☐ Fair ☐ Serious ☐ Critical ☐ Expired

☐ PAST MEDICAL RECORDS
☐

784447283 (07/10)

MEDICAL RECORDS

_$$$$$

## CONSENT FOR DIAGNOSIS AND TREATMENT
### AND RELEASE OF INFORMATION

**NOTE:** FOR SURGERY TO BE PERFORMED IN ONE OF THE HOSPITAL OPERATING ROOMS, THE "CONSENT FOR SURGERY OPERATION" FORM IS TO BE SIGNED IN ADDITION TO THE FOLLOWING CONSENT.

1. I, THE PATIENT NAMED ON REVERSE SIDE, AM VISITING ST ANTHONY HOSPITAL EMERGENCY DEPT AS AN OUTPATIENT FOR THE PURPOSE OF DIAGNOSIS AND MEDICAL OR SURGERY TREATMENT AND DO HEREBY CONSENT AND AGREE TO SUBMIT TO SUCH DIAGNOSTIC PROCEDURE AND TO SUCH MEDICAL, SURGICAL, OR X-RAY NUCLEAR ELECTRICAL, AND LABORATORY TESTS OR TREATMENT BY MY PHYSICIANS, HIS ASSISTANTS OR HIS DESIGNEES AS IS NECESSARY IN HIS JUDGEMENT.

2. I AM AWARE THAT THE PRACTICE OF MEDICINE AND SURGERY IS NOT AN EXACT SCIENCE AND I ACKNOWLEDGE THAT NO GUARANTEES HAVE BEEN MADE TO ME AS TO THE RESULT OF TREATMENTS OR EXAMINATION IN THE HOSPITAL.

3. FURTHER, I HEREBY AUTHORIZE SAID CATHOLIC HEALTH PARTNERS HOSPITAL AND PHYSICIAN TO RELEASE ANY INFORMATION REGARDING THIS TREATMENT OR SUBSEQUENT TREATMENT RELATIVE TO THIS INJURY OR ILLNESS FOR THE PURPOSE OF COMPLETING INSURANCE FORMS WHICH I MAY SUBMIT OR WHICH MAY BE SUBMITTED BY OTHERS IN CONNECTION WITH THIS CASE.

4. I CERTIFY THAT THIS FACILITY IN COMPLIANCE WITH THE CONSOLIDATED OMNIBUS BUDGET RECONCILIATION ACT OF 1985 AND ITS AMENDMENTS, HAS OFFERED TO PROVIDE ME A MEDICAL SCREENING EXAM WITHOUT REGARD TO MY ABILITY TO PAY.

5. THIS FORM HAS BEEN FULLY EXPLAINED TO ME AND I CERTIFY THAT I UNDERSTAND ITS CONTENTS.

### CONSENTIMIENTO PARA DIAGNOSIS TRATAMIENTO
### Y CESION DE INFORMACION

**AVISO:** ANTES DE QUE SE EJECUTE SIRUGÍA EN UNO DE LOS SALONES DE OPERACÍON DE ESTE HOSPITAL, TIENE QUE FIRMAR EL FORMULARIO DE "CONSENTIMIENTO DE OPERACION QUIRURGICA" AL IGUAL QUE ESTE FORMULARIO DE CONSENTIMIENTO.

1. YO, EL PACIENTE NOMBRADO EN EL LADO OPUESTO, ESTOY VISITANDO EL SALÓN DE EMERGENCIA DEL HOSPITAL COMO PACIENTE PARA EL PROPÓSITO DE DIAGNOSIS Y TRATAMIENTO MEDICO O DE SIRUGÍA. POR ESTE MEDIO CONSIENTO Y ESTOY DE ACUERDO CON SOMETERME A LOS PROCEDIMENTOS DIAGNÓSTICOS Y A LOS EXÁMANES O TRATAMIENTOS MÉDICOS, QUIRÚRGICOS, NUCLEARES, ELECTRICOS, DE LABORATORIO, DE RAYOS X, DE SANGRE QUE SEAN NECESARIAS DE ACUERDO A LA DECISIÓN DE MIS DOCTORES, SUS ASISTENTES O SUS DESIGNADOS.

2. SÉ QUE LA PRACTICA DE MEDICINA SIRUGÍA NO ES UNA CIENCIA EXACTA Y RECONOZCO QUE NO ME HAN DADO GARANTÍAS EN QUANTO AL RESULTADO DE LOS TRATAMENTOS O EXÁMENES EN EL HOSPITAL.

3. ADEMÁS, POR ESTE MEDIO AUTORIZO AL HOSPITAL CATHOLIC HEALTH PARTNERS DOCTORES A CEDER CUALQUIER INFORMACIÓN RESPECTO A ESTE TRATAMIENTO O TRATAMIENTO SUBSIGUIENTE RELATIVO A ESTA HERIDA O ENFERMEDAD PARA EL PROPÓSITO DE COMPLETAR FORMULARIOS DE SEGURO LOS CUALES YO PUEDO SOMETER O LOS CUALES PUEDEN SOMETER OTROS EN CONEXIÓN CON ESTE CASO.

4. YO AFIRMO QUE EL DOCTOR ME A OFRECIDO UN EXAMEN MEDICO, SIN TOMAR EN CUENTA MI ABILIDAD DE PODER PAGAR POR EL SERVICO. EN COMPLIMITO CON LA CONSILIDAD DEL ACTO DE OMNIBUS BUDGET RECONCILIACION DE 1985 Y SUS AMENDOMINITOS.

5. ESTE FORMULARIO SE ME HA EXPLICADO ENTERAMENTE Y AFIRMO QUE ENTIENDO SUS CONTENIDOS.

**SIGNED/FIRMA** _____

Patient Name/Nombre del Paciente      Date/Fecha

**WITNESS/TESTIGO** _____

Date/Fecha

### RELEASE FROM RESPONSIBILITY OF DISCHARGE

Date _____ Time _____

This is to certify that I, _____

a patient in _____ **St. Anthony** _____ Hospital, am leaving the hospital against the advice

of the attending physician and of the hospital administration. I acknowledge that I have been informed of the risk involved and hereby release the attending

physician, the hospital and its employees from all responsibility for any ill effects which may result from this action.

**Witness** _____ **Signed** _____

(PATIENT OR NEAREST RELATIVE)

**Witness** _____ **Relationship** _____

### RELEVO DE RESPONSIBILIDAD AL SER DADO DE ALTA

Fecha _____ Hora _____

Esto certifica que yo, _____

une paciente en el Hospital _____ **St. Anthony** _____ he decidio retirarme de dicho hospital contra el

deseo y la recomondacion del medico y, direccion Administrativa. He sido informado sobre los relsgos al actuar como tal y de esta manera libero al medico,

el hospital y sus empleados, de cualquier consequencia al yo tomar esta decision.

**Testigo** _____ **Firma** _____

(paciente o miembro de la familia)

**Testigo** _____ **Relacion** _____

# SAINT ANTHONY HOSPITAL
## Patient Profile report

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | TOWNSEND, TIJUAN | | | | |
| Visit ID: | 200509539 | MR Number: | 2796347 | DOB: | 09/14/1978 |
| Admit: | 04/17/2014 | Location: | UNKNOWN_LOCATION UNKNOWN_ROOM UNKNOWN_BED | | |

### Demographics

Called Name:                                    Sex: Male

**Primary Address**                              **Phone Numbers**

| 1225 S AUSTIN BOULEVARD | Home Telephone Number: | (111)111-1111 |
|---|---|---|
| CHICAGO, IL 60804 | Home Telephone Number: | (708)863-3840 |
| Country: UNITED STATES | Home Telephone Number: | (773)678-8972 |

### Contacts

| Name | Type | Next of Kin | Emergency Contact | Guardian | Agent | Phone | Phone Type |
|---|---|---|---|---|---|---|---|
| TOWNSEND, MERYLIN | OTHER RELATIONSHIP | Y | N | N | N | (708)863-3840 | Home Telephone Number |

### Highest Education Level:

***NO SCHOOL DATA ***

***NO OCCUPATIONAL HISTORY DATA ***

### Patient Education

*** NO PATIENT EDUCATION DATA ***

SSSSS

# SAINT ANTHONY HOSPITAL
## Patient Profile report

| Patient Name | TOWNSEND, TIJUAN | | | | |
|---|---|---|---|---|---|
| Visit ID: | 200509539 | MR Number: | 2796347 | DOB: | 09/14/1978 |
| Admit: | 04/17/2014 | Location: | UNKNOWN_LOCATION UNKNOWN_ROOM UNKNOWN_BED | | |

### Patient Detail

| | | | | | |
|---|---|---|---|---|---|
| Admit Complaint: | Facial laceration intraoral laceration | | | | |
| Admit Diagnosis: | | | | | |
| Service: | EMERGENCY | Fin Class: | SELF PAY | Patient Type: | EMERGENCY |
| Discharge Date: | 04/17/2014 | Discharge Status: | DC/XFER TO COURT-LAW ENFORCE | Visit Status: | Discharge |
| Race: | BLACK OR AFRICAN AMERICAN | Age: | 35 YEARS | BSA: | |
| Admit Weight: | | Admit Height: | | | |
| Current Weight: | | Current Height | | BMI: | |
| Notes: | | | | | |
| Smoking Status: | Never smoker (266919005) | Code Status: | | | |

*** NO ISOLATION CODES DATA ***

| | | | | |
|---|---|---|---|---|
| Language: | English | | | |
| Language Ability Mode Expressed: | | | | |
| Language Ability Mode Received: | | | | |
| Communication Barrier: | | | | |
| Special Needs: | | | | |
| Organ Donor: | N | Last Menstrual Period: | | Lactating: |
| Pregnant | | Exp. Delivery (Date): | | Gest. Age at Birth (Date): |
| | | Exp. Delivery (US): | | Gest. Age at Birth (US) |

### Advance Directives

| Document Name | Doc In Chart | Effective Date/Time | Type | Custodian Name, Address and Phone Number |
|---|---|---|---|---|
| UNKNOWN | N | 03/24/2004 18:43 | | |

Note:

| | | | | |
|---|---|---|---|---|
| NONE | N | 02/12/2014 13:19 | | |

Note:

### Physicians

| | | |
|---|---|---|
| Admitting | - | EPHRIAM GRIMES MD |
| Attending | - | EPHRIAM GRIMES MD |
| Referring | - | EPHRIAM GRIMES MD |

### Allergies

| Current Allergy | Severity | Onset Date | Reaction | Type | Sensitivity |
|---|---|---|---|---|---|

Note:

### Pre-arrival Medications

*** NO PRE-ARRIVAL MEDICATION DATA ***

### Home Medications

| Drug Description and Form | Dose | Route | Frequency | PRN | Duration | Start Date | Stop Date | Last Date Taken |
|---|---|---|---|---|---|---|---|---|

SSSSS

## SAINT ANTHONY HOSPITAL
## Patient Profile report

| Patient Name: | TOWNSEND, TIJUAN | | | | | | |
|---|---|---|---|---|---|---|---|
| Visit ID: | 200509539 | | MR Number: | 2796347 | | DOB: | 09/14/1978 |
| Admit: | 04/17/2014 | | Location: | UNKNOWN_LOCATION UNKNOWN_ROOM UNKNOWN_BED | | | |

### Immunizations

| Immunization | Dose / Units Route | Site | Admin Date Time | Lot # | Exp Date | Manufacturer |
|---|---|---|---|---|---|---|

**Immunization Condition**

None Given Reason:
Comments:
Administered By:

| Consent Status | Consent Date Time | Consent Relationship | Consent Name |
|---|---|---|---|

**VIS Given Date Time      VIS Version**

### Problem List - Current Visit

| Entry Date | Status | Type | Code | Description |
|---|---|---|---|---|

### Problem List - Full

| Entry Date | Status | Type | Code | Description |
|---|---|---|---|---|

### Implants

| Date | Description | Size | Quantity | Site | Model # | Serial # | Lot # |
|---|---|---|---|---|---|---|---|

### Patient Reported Problems

| Description | Type | Status | Treating Provider |
|---|---|---|---|

### Patient Reported Procedures

| Description | | | Treating Provider | | |
|---|---|---|---|---|---|
| Laterality | Severity | Start Date Unknown | Start Time | End Date | End Time |

### Tobacco Use

| Tobacco Type | Amount | Frequency | Duration | Start | Quit | Pack years | Total Pack years |
|---|---|---|---|---|---|---|---|

### Alcohol Use

| Alcohol Type | Amount | Frequency | Duration | Quit |
|---|---|---|---|---|

### Recreational Drug Use

| Start Date | Classification | Drug Name | Alt Name | Amount | Frequency | Duration | Quit |
|---|---|---|---|---|---|---|---|

SSSSS

## SAINT ANTHONY HOSPITAL
### Patient Profile report

| Patient Name: | TOWNSEND, TIJUAN | | | | | | |
|---|---|---|---|---|---|---|---|
| Visit ID: | 200509539 | | MR Number: | 2796347 | | DOB: | 09/14/1978 |
| Admit: | 04/17/2014 | | Location: | UNKNOWN_LOCATION UNKNOWN_ROOM UNKNOWN_BED | | | |

### Family History

**Adopted: N**

| Relationship | Name | Age | DOB | Race | Ethnicity | Alive / Deceased | Cause of Death |
|---|---|---|---|---|---|---|---|

Note.

### Patient Detail Documentation

BMI:
Calculated field
BSA:
Calculated field

UNKNOWN:

NONE:

04/18/2014

SSSSS



Name: **Townsend, Tijuan**
Age: 35Y DOB: Sep 14, 1978
Gender: M  Wt: 86.2 kg
MedRec: 2796347
AcctNum: 200509539
Attending: ETG
Primary RN: JJH
Bed: ED ED 06

# SAINT  ANTHONY HOSPITAL
# DISCHARGE INSTRUCTIONS RECEIPT

**FINAL DIAGNOSIS**
Facial laceration

**ADDITIONAL DIAGNOSIS**
intraoral laceration

**FOLLOWUP CONTACT**

Fantus Health Center, Clinics of Cook Co, Family Practice
621 S. Winchester
Chicago IL
Phone: 312–864–8682
Comment: Call for appointment

**THE FOLLOWING SPECIAL INSTRUCTIONS WERE GIVEN**
Follow up with your private MD in the AM.  Return to ED if worse.

**THE FOLLOWING MEDICAL INSTRUCTIONS WERE GIVEN**
  FACIAL LACERATION
  LACERATION CARE, ADULT

I have received and understand my discharge instructions and follow up care.

He recibido y entendido mis instrucciones para el alta y la atención de seguimiento.

X_____

Staff Giving Discharge instructions:

X_____

§§§§§