MA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

TIJUAN TOWNSEND (#2014-0418312),   )
                Plaintiff,   )
    v.   )  Case No: 16 C 2279
NICHOLAS CORTESI, et al.,   )
                Defendants.   )

## MEMORANDUM ORDER

Trial bar member Scott McKenna, whom this Court designated in a February 19, 2016 memorandum opinion and order (the "Opinion") "to provide Townsend with assistance of counsel and represent him in accordance with counsel's trial bar obligations," has determined (as the Opinion had anticipated might well be the case) that Townsend's interest would best be served by the preparation and filing of an Amended Complaint to take the place of Townsend's original pro se filing.[1] Attorney McKenna has noticed up for presentment on June 6 (today) a motion for leave to file such an Amended Complaint and to reset the presently scheduled July 7 status hearing date.

As for the former -- the filing of the tendered form of Amended Complaint -- no leave of court is required: Fed. R. Civ. P. 15(a)(1) allow a plaintiff to "amend its pleading once as a matter of course" when the case is no farther advanced than this one -- sort of the law's equivalent to the old common law doctrine that allowed every dog one free bite. Accordingly

---

[1] As this Court has often commented, the ability to call on trial bar members to render such service typically benefits not only the client plaintiff but also the person or persons on the other side of the "v." sign -- and not incidentally, the judge assigned to the case too.

attorney McKenna should simply go ahead with his proposed filing. As for the latter, it will be addressed on June 6 together with defense counsel's motion for a stay that has also been noticed up for presentment today.

_____
Milton I. Shadur
Senior United States District Judge

Date: June 6, 2016