UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case:16 C 2279
    TIJUAN TOWNSEND      Plaintiff,                 Honorable Judge Shadur,
       v.
    CITY OF CHICAGO, et. al. Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Officer Cortesi

| |
|---|
| SIGNATURE<br>    /S/ TIFFANY Y. HARRIS |
| FIRM City of Chicago, Corporation Counsel |
| STREET ADDRESS 30 N. LaSalle St., Suite 900 |
| CITY/STATE/ZIP Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6238533 | TELEPHONE NUMBER<br>312.744.7684 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES x     NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES     NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X     NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X     NO |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL     APPOINTED COUNSEL